**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-24275-BLOOM/Otazo-Reyes**

DAVID R. SALGADO,

     Plaintiff,

v.

THE DFASS GROUP (ORLANDO), LLC,
*et al.*,

     Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [9] ("Stipulation"), filed on February 27, 2023. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [9]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties;

5. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 22-cv-24275-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 28, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:       Counsel of Record

2